U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**FILED**
**DECEMBER 4, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Stephen R. Saddemi and Mary A. Saddemi
v.
Starwood Hotels & Resorts Worldwide, Inc. and
The Westin Michigan Avenue

Case Number:

**07 C 6820**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Stephen R. Saddemi and Mary A. Saddemi

**JUDGE KOCORAS**
**MAGISTRATE JUDGE MASON**

| | |
|---|---|
| NAME (Type or print) Roderick T. Dunne | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Roderick T. Dunne | |
| FIRM Karbal Cohen Economou Silk & Dunne, LLC | |
| STREET ADDRESS 200 S. Michigan Avenue, 20th Floor | |
| CITY/STATE/ZIP Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6190915 | TELEPHONE NUMBER 312/431/3700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |