IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN R. SADDEMI and <br> MARY A. SADDEMI <br><br> Plaintiffs, <br><br> v. <br><br> STARWOOD HOTELS & RESORTS <br> WORLDWIDE, INC. and THE WESTIN <br> MICHIGAN AVENUE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 07 C 6820 |

**REQUEST FOR REFUND OF FILING FEE**

NOW COMES Plaintiffs, STEPHEN R. SADDEMI and MARY A. SADDEMI and for their Request for Refund of Filing Fee, state the following. That on December 4, 2007, Plaintiffs submitted two payments through pay.gov for the filing of their Complaint, No. 07 C 6820, receipt nos. 2375296 and 2375405. Plaintiffs are requesting that receipt no. 2375296 was a duplicate payment and respectfully request that this payment be refunded to the undersigned counsel.

Dated: December 5, 2007

                                                  Respectfully submitted,

                                                  KARBAL, COHEN, ECONOMOU, SILK
                                                  & DUNNE, LLC

                                                    s/Roderick T. Dunne
                                               Roderick T. Dunne
                                               200 South Michigan Avenue, 20th Floor
                                               Chicago, Illinois 60604
                                               Telephone: (312) 431-3700
                                               Fax: (312) 431-3670

2

and

Stuart J. Goldberg
(Ohio Supreme Court Reg. # 0029469)
Connie S. Swemba
(Ohio Supreme Court Reg. # 0076258)
EASTMAN & SMITH LTD.
One SeaGate, 24th Floor
P. O. Box 10032
Toledo, Ohio 43699-0032
Telephone:  (419) 241-6000
Fax:  (419) 247-1777
Email:  sjgoldberg@eastmansmith.com
　　　　csswemba@eastmansmith.com

Attorneys for Plaintiffs
Stephen R. Saddemi and Mary A. Saddemi

2