# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 07 cv 6820

Stephen R. Saddemi and Mary A. Saddemi
v.
Starwood Hotels & Resorts Worldwide, Inc. and
The Westin Michigan Avenue

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Stephen R. Saddemi and Mary A. Saddemi

| |
|---|
| NAME (Type or print) <br> Cathleen G. Crowley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Cathleen G. Crowley |
| FIRM <br> Karbal Cohen Economou Silk & Dunne, LLC |
| STREET ADDRESS <br> 200 S. Michigan Avenue, 20th Floor |
| CITY/STATE/ZIP <br> Chicago, IL  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279039 | TELEPHONE NUMBER <br> 312/431/3700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐