## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number: 07 C 6820

Stephen R. Saddemi and Mary A. Saddemi
v.
Starwood Hotels & Resorts Worldwide, Inc. and
The Westin Michigan Avenue

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Stephen R. Saddemi and Mary A. Saddemi

| | |
|---|---|
| NAME (Type or print)<br>Stuart J. Goldberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Stuart J. Goldberg | |
| FIRM<br>Eastman & Smith Ltd. | |
| STREET ADDRESS<br>One SeaGate, 24th Floor | |
| CITY/STATE/ZIP<br>Toledo, Ohio  43699-0032 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>Ohio State Bar 0029469 | TELEPHONE  NUMBER<br>419.241.6000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐            APPOINTED COUNSEL ☐