**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Stephen R. Saddemi and Mary A. Saddemi
v.
Starwood Hotels & Resorts Worldwide, Inc. and
The Westin Michigan Avenue

Case Number: 07 C 6820

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Stephen R. Saddemi and Mary A. Saddemi

| | |
|---|---|
| NAME (Type or print) <br> Connie S. Swemba | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Connie S. Swemba | |
| FIRM <br> Eastman & Smith Ltd. | |
| STREET ADDRESS <br> One SeaGate, 24th Floor | |
| CITY/STATE/ZIP <br> Toledo, Ohio 43699-0032 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> Ohio State Bar 0076258 | TELEPHONE NUMBER <br> 419.241.6000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |