# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

*Alias* SUMMONS IN A CIVIL CASE

STEPHEN R. SADDEMI and MARY A. SADDEMI

CASE NUMBER: 07 C 6820

V.

ASSIGNED JUDGE: Kocoras

STARWOOD HOTELS & RESORTS WORLDWIDE, INC. and THE WESTIN MICHIGAN AVENUE

DESIGNATED MAGISTRATE JUDGE: Mas

TO: (Name and address of Defendant)

The Westin Michigan Avenue
c/o CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roderick T. Dunne, Esq.
Karbal, Cohen, Economou, Silk & Dunne, LLC
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for th relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of tim after service.

MICHAEL W. DOBBINS, CLERK

*Anya Ellis*
(By) DEPUTY CLERK

JAN 0 4 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 01/07/08 |
| NAME OF SERVER *(PRINT)* Anita Picchouka | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: __Dawn Schulz__
CT Corporation, 208 S. LaSalle St., Suite 814, Chg, IL 60604

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __01/07/08__   __Anita M. Ruchin__
               Date              *Signature of Server*

__329 E. Illinois Hwy, New Lenox, IL 60451__
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*Alias* SUMMONS IN A CIVIL CASE

STEPHEN R. SADDEMI and MARY A. SADDEMI

V.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC. and THE WESTIN MICHIGAN AVENUE

CASE NUMBER: 07 C 6820

ASSIGNED JUDGE: Kocoras

DESIGNATED MAGISTRATE JUDGE: Mas

TO: (Name and address of Defendant)

Starwood Hotels & Resorts Worldwide, Inc.
c/o CT Corporation System
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roderick T. Dunne, Esq.
Karbal, Cohen, Economou, Silk & Dunne, LLC
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for th relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of tim after service.

MICHAEL W. DOBBINS, CLERK

*Anya Ellis*
(By) DEPUTY CLERK

JAN 0 4 2008
DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 01/07/08 |
| NAME OF SERVER (PRINT) Anita Piechonka | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Dawn Scholz
CT Corporation System, 208 South LaSalle, Suite 814, Chg, Il 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/07/08
Date

Signature of Server: Anita M. Piechonka

Address of Server: 339 E. Illinois Hwy, New Lenox, Il 60451

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.