# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEPHEN R. SADDEMI and<br>MARY A. SADDEMI<br><br>　　Plaintiffs,<br><br>　　v.<br><br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC. and THE WESTIN<br>MICHIGAN AVENUE,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case No.: 07 cv 6820<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

　　PLEASE TAKE NOTICE that on January 8, 2008, we filed the attached Summons and Returns of Services for Starwood Hotels & Resorts Worldwide, Inc. and The Westin Michigan Avenue, copies of which are hereby served upon you.

　　Dated at Chicago, Illinois, this 8th day of January 2008.

　　　　　　　　　　　　　　　　　　　**STEPHEN R. SADDEMI AND MARY A. SADDEMI**

　　　　　　　　　　　　　　　　　　　　　s/Roderick T. Dunne
　　　　　　　　　　　　　　　　　　　　　Roderick T. Dunne

Roderick T. Dunne
Cathleen G. Crowley
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan, 20th Floor
Chicago, Illinois 60604
Tel:　(312) 431-3700
Fax:　(312) 431-3670

## **CERTIFICATE OF SERVICE**

      I, Roderick T. Dunne, an attorney of record in this matter, hereby state that on January 8, 2008, I electronically filed the foregoing Notice of Filing and Summons and Returns of Services for Starwood Hotels & Resorts Worldwide, Inc. and The Westin Michigan Avenue, using CM/ECF SYSTEM which will send notification to all attorneys of record before the hour of 5:00 p.m. on this the 8th day of January, 2008.

                                                            s/Roderick T. Dunne
                                                            Roderick T. Dunne