## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                  Case Number: 07-CV-6820

STEPHEN R. SADDEMI and MARY A. SADDEMI
　　Plaintiffs,
　　　　　　　　　　v.
STARWOOD HOTELS & RESORTS WORLDWIDE, INC.
and THE WESTON MICHIGAN AVENUE, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

STARWOOD HOTELS & REORTS WORLDWIDE, INC. and 909 NORTH MICHIGAN AVENUE CORPORATION d/b/a THE WESTIN MICHIGAN AVENUE

| | |
|---|---|
| NAME (Type or print) <br> Brigitte C. Weyls | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Brigitte C. Weyls | |
| FIRM <br> WILLIAMS MONTGOMERY & JOHN LTD. | |
| STREET ADDRESS <br> 20 North Wacker Drive, Suite 2100 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278696 | TELEPHONE NUMBER <br> (312) 443-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |