27699.00D600/tlt/Document #: 764252

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN R. SADDEMI and<br>MARY A. SADDEMI | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 1:07-cv-06820 |
| | ) | Judge Kocoras |
| STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC. and THE WESTIN<br>MICHIGAN AVENUE, | ) ) ) ) | Magistrate Judge Mason |
| Defendants. | ) | |

**DEFENDANT STARWOOD HOTELS & RESORTS WORLDWIDE, INC.'S
STATEMENT OF OWNERSHIP PURSUANT TO LOCAL RULE 3.2**

NOW COMES the Defendant, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a corporation, by its attorneys, Jeffrey H. Lipe and Brigitte C. Weyls of WILLIAMS MONTGOMERY & JOHN LTD., and for its Statement of Ownership filed pursuant to Local Rule 3.2 of the United States District Court, Northern District of Illinois, states that no publicly held company owns 5%, or more, of the corporation.

Respectfully submitted,
STARWOOD HOTELS & RESORTS WORLDWIDE, INC.

By: /s/ Brigitte C. Weyls

Jeffrey H. Lipe (06185734)
Brigitte C. Weyls (6278696)
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the following:

Roderick T. Dunne
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
Email:  rdunne@karballaw.com


/s/ Brigitte C. Weyls