27699.00D600/tlt/Document #: 763846

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHEN R. SADDEMI and<br>MARY A. SADDEMI<br><br>    Plaintiffs,<br><br>    v.<br><br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC. and THE WESTIN<br>MICHIGAN AVENUE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No.: 1:07-cv-06820<br>)   Judge Kocoras<br>)   Magistrate Judge Mason<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT 909 NORTH MICHIGAN AVENUE CORPORATION'S STATEMENT OF OWNERSHIP PURSUANT TO LOCAL RULE 3.2**

NOW COMES the Defendant, 909 NORTH MICHIGAN AVENUE CORPORATION, a corporation, d/b/a WESTIN MICHIGAN AVENUE, by its attorneys, Jeffrey H. Lipe and Brigitte C. Weyls of WILLIAMS MONTGOMERY & JOHN LTD., and for its Statement of Ownership filed pursuant to Local Rule 3.2 of the United States District Court, Northern District of Illinois, states that Starwood Hotels & Resorts Worldwide, Inc., a corporation, owns more than 5% of the corporation.

Respectfully submitted,

909 NORTH MICHIGAN AVENUE CORPORATION

By:   /s/ Brigitte C. Weyls

Jeffrey H. Lipe (06185734)
Brigitte C. Weyls (6278696)
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the following:

Roderick T. Dunne
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
Email:  rdunne@karballaw.com


      /s/ Brigitte C. Weyls

2