27699.00D600/tlt/Document #: 764364

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN R. SADDEMI and<br>MARY A. SADDEMI<br><br>  Plaintiffs,<br><br>v.<br><br>STARWOOD HOTELS & RESORTS<br>WORLDWIDE, INC. and THE WESTIN<br>MICHIGAN AVENUE,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 1:07-cv-06820<br>Judge Kocoras<br>Magistrate Judge Mason |

### NOTICE OF FILING

To:   Roderick T. Dunne
      KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
      200 South Michigan Avenue, 20th Floor
      Chicago, Illinois 60604

PLEASE TAKE NOTICE that on January 28, 2008, we filed with the Clerk of the United States District Court pursuant to Local Rule 5.2(a) and the General Order on Electronic Case Filing:

   1.   APPEARANCES ON BEHALF OF STARWOOD HOTELS & RESORTS WORLDWIDE, INC. and 909 NORTH MICHIGAN AVENUE CORPORATION;

   2.   DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO THE PLAINTIFFS' COMPLAINT AT LAW;

   3.   DEFENDANT 909 NORTH MICHIGAN AVENUE CORPORATION'S STATEMENT OF OWNERSHIP PURSUANT TO LOCAL RULE 3.2; AND

   4.   DEFENDANT STARWOOD HOTELS & RESORTS WORLDWIDE, INC.'S STATEMENT OF OWNERSHIP PURSUANT TO LOCAL RULE 3.2.

copies of which are attached and are hereby served upon you.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC. and 909 NORTH MICHIGAN AVENUE

By:    s/Brigitte C. Weyls
       One of their Attorneys

Jeffrey H. Lipe (6185734)
Brigitte C. Weyls (6278696)
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Defendants
STARWOOD HOTELS & RESORTS WORLDWIDE, INC. and
909 NORTH MICHIGAN AVENUE
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200 / Fax: (312) 630-8500
jhl@willmont.com
bcw@willmont.com

CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2008, I electronically filed the aforementioned documents with the Clerk of the Court using CM/ECF system which sent notification of such filing to the following:

Roderick T. Dunne
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
Email: rdunne@karballaw.com