# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6820 | **DATE** | 4/1/2008 |
| **CASE TITLE** | Saddemi et al vs. Starwood Hotels & Resorts Worldwide et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 4/1/2008. Cause is hereby dismissed without prejudice and with leave to reinstate on or before 6/3/2008 if settlement is not effectuated. Said dismissal will then become with prejudice.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | SCT |
|---|---|---|