# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6820 | **DATE** | 6/5/2008 |
| **CASE TITLE** | Saddemi et al vs. Starwood Hotels & Resorts Worldwide et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the Court's order [27] of 4/1/2008, this cause is hereby dismissed with prejudice. All matters in controversy having been resolved, final judgment of dismissal with prejudice is entered.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|